■ PAT RODDY, Respondent-Appellant, v NEDERLANDER PRODUCING COMPANY OF AMERICA, INC., et al., Appellants-Respondents, and ABHANN PRODUCTIONS, INC., et al., Respondents. [821 NYS2d 761]—Cross appeals from order, Supreme Court,

New York County (Louis B. York, J.), entered June 2, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.